*Of Counsel* – Hyslip & Taylor LLC LPA
Art Matthews, Esq.
Email: aem@matthewsfirm.net
Attorney for Plaintiff
1801 Century Park East, 24th Floor
Los Angeles, CA  90067
310-556-9620
Cal. Bar. No. 145232

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Yvette Matthews<br><br>Plaintiff,<br><br>v.<br><br>Portfolio Recovery Associates, LLC<br><br>Defendant. | Case No. 2:14cv5665<br><br>**NOTICE OF DIMISSAL** |

Plaintiff hereby dismisses this case under F.R.C.P. 41(a)(1)(A)(i).

RESPECTFULLY SUBMITTED,

Hyslip & Taylor, LLC, LPA

By: ___s/ Art Matthews_____

*Of Counsel*
Art Matthews, Esq.
1801 Century Park East, 24th Floor
Los Angeles, CA  90067
Phone:  310-556-9620
Cal. Bar. No. 145232